UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                    :
WENTWORTH MANAGEMENT SERVICES, LLC, :      23 Civ. 2660 (LGS)
                                Plaintiff,  :
             -against-                        :                        <u>ORDER</u>
                                                      :
PAUL BECKINGHAM, et al.,                    :
                                Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, in a joint letter filed May 17, 2023, the parties requested a referral for a settlement conference with Magistrate Judge Willis.

       WHEREAS, an initial conference was held on June 7, 2023. At the conference, in response to a question from the Court, Defendants' counsel stated that his clients would be willing to stipulate that they have not and would not allege that Plaintiff is a "control person" for purposes of the Securities Exchange Act of 1934, 15 U.S.C. § 78a *et seq.*, in this proceeding or any other legal action or arbitration. For the reasons discussed at the conference, it is hereby

       **ORDERED** that the parties' request for a referral to settlement discussions before Judge Willis is **GRANTED**. A referral order will issue separately. It is further

       **ORDERED** that within two (2) business days after any settlement discussions conclude, the parties shall file a joint letter on ECF. The letter shall state whether the parties were able to resolve their dispute and, if not, shall propose a briefing schedule for Defendants' contemplated motion to dismiss. Any motion to dismiss shall be limited to the issues of subject matter jurisdiction and venue, without prejudice to a motion for judgment on the pleadings regarding any other basis for dismissal. It is further

       **ORDERED** that discovery is **STAYED** sine die, pending further order.

Dated: June 8, 2023
       New York, New York

                                                             **LORNA G. SCHOFIELD**
                                                              UNITED STATES DISTRICT JUDGE