UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WENTWORTH MANAGEMENT SERVICES, LLC,

                     Plaintiff,                    23 Civ. 2660 (LGS)

           -against-                      ORDER

PAUL BECKINGHAM, et al.,

                     Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff attempted to file a stipulation of voluntary dismissal on the docket on January 11, 2024, and again on January 12, 2024.

WHEREAS, neither filing properly docketed. On January 16, 2024, Plaintiff was apprised the second filing still was procedurally deficient and was directed to refile the stipulation in accordance with proper procedures.

WHEREAS, Plaintiff has not refiled the stipulation. It is hereby

**ORDERED** that Plaintiff shall refile the stipulation of voluntary dismissal in accordance with proper procedures, or file a letter stating that it intends for this action to proceed without dismissal by **February 9, 2024.**

Dated: February 6, 2024
        New York, New York

                                              LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE