```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WENTWORTH MANAGEMENT SERVICES,                              :
LLC,                                                        :
                                                            :
                              Plaintiff,                    :    23 Civ. 2660 (LGS)
                                                            :
              -against-                                     :         ORDER
                                                            :
PAUL BECKINGHAM, et al.,                                    :
                                                            :
                              Defendants.                   :
                                                            X
------------------------------------------------------------
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff attempted to file a stipulation of voluntary dismissal on the docket on January 11, 2024, and again on January 12, 2024.

WHEREAS, neither filing properly docketed.  On January 16, 2024, Plaintiff was apprised the second filing still was procedurally deficient and was directed to refile the stipulation in accordance with proper procedures.

WHEREAS,  Plaintiff did not refiled the stipulation.

WHEREAS, an Order dated February 6, 2024, directed Plaintiff to refile the stipulation or file a letter stating that it intended to proceed with the action by February 9, 2024.

WHEREAS, Plaintiff has not refiled the stipulation and has not filed the letter as described.  It is hereby

**ORDERED** that Plaintiff shall refile the stipulation of voluntary dismissal in accordance with proper procedures, or file a letter stating that it intends for this action to proceed without dismissal by **February 23, 2024.**  Failure to comply will result in dismissal of this case for failure to prosecute.

Dated: February 20, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE